FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 04 2011

JAMES W. McCORMACK, CLERK
BY:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:11CR 00209 JLH |
| | ) | |
| v. | ) | |
| | ) | |
| SEDRICK TRICE, aka BINKY, aka B, | ) | Violations: |
| LEON EDWARDS, | ) | 18 U.S.C. § 2 |
| NETEISHA BAREFIELD, aka TITI, | ) | 18 U.S.C. § 922(d)(1) |
| ROBERT BENNETT, aka RO, | ) | 18 U.S.C. § 922(g)(1) |
| JOSEPH BLUNDELL, | ) | 18 U.S.C. § 924(c) |
| JESSIE BREWER, aka JESS, | ) | 21 U.S.C. § 841(a)(1) |
| ARON BURNS, JR, | ) | 21 U.S.C. § 843(b) |
| ANDRINOV DIXON, aka DION, | ) | 21 U.S.C. § 846 |
|     aka BROTHER-IN-LAW, aka D, | ) | 21 U.S.C. § 856 |
| LATERICK EZELL, | ) | 21 U.S.C. § 860 |
| JEREMY GLASS, aka PEE WEE, | ) | |
| CLIFTON GRAVES, aka CLIFF, | ) | |
| SEDRICK HALL, aka SED, | ) | |
| MERVYN HAMILTON, aka LOUIS VUITTON, | ) | |
|     aka LITTLE MERV, aka BABY BOO, | ) | |
| AMY HART, | ) | |
| NICHOLAS HARVEY, aka DUKE, | ) | |
| ALBIN DION HENDERSON, aka D, | ) | |
| GALVIN HENDERSON, aka CHEESEBURGER, | ) | |
|     aka CHEESE, | ) | |
| CHARLES HUNTER, | ) | |
| WINSTON DEAN JACKSON, | ) | |
| MILTON JOHNSON, aka BUMP, | ) | |
| LESTER MARTIN, aka VALE, | ) | |
| DONNY MITCHELL, aka THE MECHANIC, | ) | |
| WILLI MITCHELL, | ) | |
| ANTONIO RATTLER, aka SAM, | ) | |
| TANADERUS RATTLER, aka TAN, | ) | |
| JAMES ROBINSON, | ) | |
| ANDRE RODDY, aka LIL BART, | ) | |
| MARLON SHEARD, aka SHORTY, | ) | |
| TREMAINE SIMON, aka KOCAINE KRAZY, | ) | |
|     aka SS BOY, | ) | |
| ED SIMS, | ) | |
| ERNIE SMITH, aka OLD SCHOOL, | ) | |

```
                aka SMITTY,                              )
HOUSTON ALFORD STACKHOUSE,                               )
                aka BIG AL,                              )
KENDALL STARKS, aka KEN,                                 )
RUSSELL TAYLOR, aka JUICY,                               )
CHESTER THORTON, aka NUT,                                )
MICHAEL WAYNE WEBB,                                      )
CHAD WIGGINS,                                            )
DEMPSEY WORD, aka DEMP, and                              )
DEMARCUS WRIGHT, aka MARCUS,                             )
                aka G-MONEY                              )
```

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

1.     Beginning in or about January 2010, and continuing through in or about

October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,
LEON EDWARDS,
NETEISHA BAREFIELD, aka TITI,
ROBERT BENNETT, aka RO,
JOSEPH BLUNDELL,
JESSIE BREWER, aka JESS,
ARON BURNS, JR,
ANDRINOV DIXON, aka DION,aka BROTHER-IN-LAW, aka D,
LATERICK EZELL,
JEREMY GLASS, aka PEE WEE,
CLIFTON GRAVES, aka CLIFF,
SEDRICK HALL, aka SED,
MERVYN HAMILTON, aka LOUIS VUITTON, aka LITTLE MERV, aka BABY BOO,
AMY HART,
NICHOLAS HARVEY, aka DUKE,
ALBIN DION HENDERSON, aka D,
GALVIN HENDERSON, aka CHEESEBURGER, aka CHEESE,
CHARLES HUNTER,

WINSTON DEAN JACKSON,
MILTON JOHNSON, aka BUMP,
LESTER MARTIN, aka VALE,
DONNY MITCHELL, aka THE MECHANIC,
WILLI MITCHELL,
ANTONIO RATTLER, aka SAM,
TANADERUS RATTLER, aka TAN,
JAMES ROBINSON,
ANDRE RODDY, aka LIL BART,
MARLON SHEARD, aka SHORTY,
TREMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY,
ED SIMS,
ERNIE SMITH, aka OLD SCHOOL, aka SMITTY,
HOUSTON ALFORD STACKHOUSE, aka BIG AL,
KENDALL STARKS, aka KEN,
RUSSELL TAYLOR, aka JUICY,
CHESTER THORTON, aka NUT,
MICHAEL WAYNE WEBB,
CHAD WIGGINS,
DEMPSEY WORD, aka DEMP, and
DEMARCUS WRIGHT, aka MARCUS, aka G-MONEY,

defendants herein, conspired and agreed with each other, with Demetrius Colbert, aka D-Coop, who is not charged in this Indictment, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute in excess of 5 kilograms of a mixture and substance containing cocaine, a Schedule II controlled substance; in excess of 280 grams of a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and in excess of 100 kilograms of a mixture and substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      It was part of the conspiracy that SEDRICK TRICE, aka BINKY, aka B, and LEON EDWARDS directed a drug trafficking organization based in Helena-West Helena (hereinafter the TRICE-EDWARDS DTO) that was responsible for the distribution of large quantities of cocaine, crack cocaine, marijuana, and other controlled substances in Phillips County, Arkansas, as well as other counties in the Eastern District of Arkansas; Clarksdale, Mississippi; Memphis, Tennessee; and elsewhere.

3.      It was part of the conspiracy that SEDRICK TRICE, aka BINKY, aka B, and LEON EDWARDS regularly obtained kilogram quantities of cocaine, crack cocaine, marijuana, and other controlled substances from suppliers known and unknown to the grand jury, to be distributed by members of the TRICE-EDWARDS DTO, including, but not limited to, obtaining kilogram quantities of cocaine and crack cocaine from Demetrius Colbert, aka D-Coop; half-kilogram and greater quantities of cocaine from ANDRE RODDY, aka LIL BART; half-kilogram and greater quantities of cocaine from LATERICK EZELL; and half-kilogram quantities of cocaine from MILTON JOHNSON, aka BUMP. Each of these suppliers to the TRICE-EDWARDS DTO was assisted by other individuals. For example, ANDRE RODDY, aka LIL BART, an Act 309 work-release inmate in the custody of the Arkansas Department of Corrections, distributed cocaine to the TRICE-EDWARDS DTO and others, such as MERVYN HAMILTON, aka LOUIS VUITTON, aka LITTLE MERV, aka BABY BOO, by utilizing a contraband mobile telephone and through

the assistance of non-inmates ROBERT BENNETT, aka RO, and ANDRINOV DIXON, aka DION, aka BROTHER-IN-LAW, aka D.

4.      It was further part of the conspiracy that members of the TRICE-EDWARDS DTO stored, prepared for distribution, and distributed the cocaine, crack cocaine, marijuana, and other controlled substances in locations throughout Helena-West Helena, Arkansas, and elsewhere, including: AC CUSTOMS, located at Highway 49 and Business 49, which is within 1000 feet of ELIZA MILLER JUNIOR HIGH SCHOOL; the residence of JESSIE BREWER, aka JESS, at 328 DESOTO STREET, also known to the TRICE-EDWARDS DTO and their customers as THE PROJECTS; the residence of DONNY MITCHELL, aka THE MECHANIC, and WILLI MITCHELL, at 203 JORDAN STREET, also known to the TRICE-EDWARDS DTO and their customers as THE MECHANIC'S HOUSE; the residence of RUSSELL TAYLOR, aka JUICY, at 214 JANE STREET, also known to the TRICE-EDWARDS DTO and their customers as JANE STREET; as well as in rooms rented at area motels in Helena-West Helena.

5.      It was further part of the conspiracy that NETEISHA BAREFIELD, aka TITI; JESSIE BREWER, aka JESS; JEREMY GLASS, aka PEE WEE; NICHOLAS HARVEY, aka DUKE; GALVIN HENDERSON, aka CHEESEBURGER, aka CHEESE; DONNY MITCHELL, aka THE MECHANIC; WILLI MITCHELL; ERNIE SMITH, aka OLD SCHOOL, aka SMITTY; RUSSELL TAYLOR, aka JUICY; and CHESTER THORNTON, aka NUT, among others, assisted and acted on behalf of the TRICE-EDWARDS DTO by:

storing, transporting, and delivering cocaine, crack cocaine, marijuana, other controlled substances, and drug paraphernalia to include cutting agents, scales, and equipment used for the conversion of powder cocaine into crack cocaine; preparing controlled substances for distribution including converting powder cocaine into crack cocaine; obtaining, storing and delivering weapons including a "Tommy Gun," also known as a Thompson sub-machine gun, AK-47 type rifles, Glock .40 caliber pistols, and model AR-15 type rifles; brokering illegal drug transactions; collecting drug proceeds; maintaining and providing security for the premises where the TRICE-EDWARDS DTO's drugs were distributed and used; and/or serving as look-outs for law enforcement activity and providing intelligence concerning law enforcement activity to the TRICE-EDWARDS DTO.

6.    It was further part of the conspiracy that SEDRICK TRICE, aka BINKY, aka B, and LEON EDWARDS supplied and caused to be supplied distribution quantities of cocaine, crack cocaine, marijuana, and other controlled substances on a repeat basis to: ARON BURNS JR; CLIFTON GRAVES, aka CLIFF; SEDRICK HALL, aka SED; ALBIN DION HENDERSON; CHARLES HUNTER; LESTER MARTIN, aka VALE; ANTONIO RATTLER, aka SAM; TANADERUS RATTLER, aka TAN; JAMES ROBINSON; MARLON SHEARD, aka SHORTY; TRAMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY; ED SIMS; HOUSTON ALFORD STACKHOUSE, aka BIG AL; KENDALL STARKS; MICHAEL WAYNE WEBB; DEMPSEY WORD, aka DEMP; DEMARCUS WRIGHT, aka MARCUS, aka G-MONEY, and other customers of the TRICE-EDWARDS

DTO. It was further part of the conspiracy that TRICE-EDWARDS DTO customers redistributed drugs obtained from the TRICE-EDWARDS DTO to other individuals, known and unknown.

7.      It was further part of the conspiracy that MICHAEL WAYNE WEBB redistributed the controlled substances he obtained from the TRICE-EDWARDS DTO and other suppliers, at times with the assistance of AMY HART. WEBB redistributed the controlled substances to repeat customers including JOSEPH BLUNDELL and CHAD WIGGINS. WEBB confided details concerning his illegal drug trafficking activities and payments made to evade law enforcement detection and prosecution to JOSEPH BLUNDELL, CHAD WIGGINS, and AMY HART.

8.      During the course of the conspiracy, through the use of multiple cooperating sources, court-authorized Title III wiretaps, and the assistance of Arkansas State Police, law enforcement agents effected seizures of controlled substances and weapons from the TRICE-EDWARDS DTO members, including:

   •      On January 28, 2011, powder cocaine from SEDRICK TRICE, aka BINKY, aka B;

   •      On February 14, 2011, powder cocaine from SEDRICK TRICE, aka BINKY, aka B;

   •      On March 8, 2011, crack cocaine and a firearm from SEDRICK TRICE, aka BINKY, aka B, and NICHOLAS HARVEY, aka DUKE;

• On March 25, 2011, powder cocaine from LEON EDWARDS and ARON BURNS JR;

• On April 5, 2011, powder cocaine from TRAMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY, and LEON EDWARDS;

• On September 1, 2011, crack cocaine from SEDRICK TRICE, aka BINKY, aka B.

9. It was further part of the conspiracy that after Arkansas State Police seized a loaded Glock model 22, .40 caliber pistol, serial number CNW712, on March 8, 2011, from SEDRICK TRICE, aka BINKY, aka B, and NICHOLAS HARVEY, aka DUKE, then on March 11, 2011, NETEISHA BAREFIELD, aka TITI, purchased a Glock model 35, .40 caliber pistol, serial number PBP842, for SEDRICK TRICE, aka BINKY, aka B, who was a felon, at TRICE's request.

10. It was further part of the conspiracy that law enforcement officials assisted and protected the TRICE-EDWARDS DTO by escorting loads of controlled substances to, from, and within the greater Helena-West Helena and Phillips County areas for payment. Law enforcement officials assisted and protected the TRICE-EDWARDS DTO by at times not enforcing the laws of the State of Arkansas when they observed members of the TRICE-EDWARDS DTO violating those laws. Law enforcement officials accepted payment from defendants and their attorneys for deliberately failing to appear in court or otherwise perform their law enforcement duties. On March 3, 2011, at 9:56 p.m., Call 79 (FBI TP3), Phillips

County Deputy Sheriff, now Helena-West Helena Police Officer, WINSTON DEAN JACKSON contacted Phillips County Deputy Sheriff A. During this conversation, in the course of WINSTON DEAN JACKSON discussing payment by defense attorneys for failing to perform law enforcement responsibilities, Phillips County Deputy Sheriff A stated, "It's the good old boy system here," and WINSTON DEAN JACKSON responded, "And that's all it is." Phillips County Deputy Sheriff A replied, "and the thing about it is if you don't roll with it, you'll get rolled over." to which WINSTON DEAN JACKSON responded, "You get rolled over, exactly. Cause nobody say . . . ain't nothing but the good old boy system."

11.     It was further part of the conspiracy that WINSTON DEAN JACKSON, in his capacity as a law enforcement officer, assisted and protected the TRICE-EDWARDS DTO in exchange for cash payment by, among other means:

•     Ensuring that a warrant related to assault charges against TRICE-EDWARDS DTO leader SEDRICK TRICE, aka BINKY, aka B, disappeared before prosecution could be initiated;

•     Ensuring that a complaint filed about the TRICE-EDWARDS DTO's drug trafficking activities in a Helena-West Helena motel room disappeared before prosecution could be initiated;

•     Representing that he intervened on behalf of SEDRICK TRICE, aka BINKY, aka B, on March 8, 2011, when Arkansas State Police arrested NICHOLAS HARVEY, aka DUKE, with crack cocaine and a firearm;

• Warning the TRICE-EDWARDS DTO on March 18, 2011, that the police were coming to AC CUSTOMS, when an Arkansas State Police Trooper contacted WINSTON DEAN JACKSON, then a Phillips County Deputy Sheriff, to request WINSTON DEAN JACKSON's assistance in executing an arrest warrant on an individual at AC CUSTOMS, thus resulting in the removal of contraband from AC CUSTOMS and permitting the individual with the outstanding warrant to flee;

• Attempting to get an individual released from Phillips County on a non-drug related charge at TRICE's request; and

• Advising a member of the TRICE-EDWARDS DTO that they should not conduct their illegal drug activities so openly.

12. It was further part of the conspiracy that the defendants and other co-conspirators possessed and carried firearms and used threats of violence and violence to advance the conspiracy's objectives of selling cocaine, crack cocaine, and marijuana; to preserve the proceeds of narcotics sales; and to maintain discipline and loyalty among the members of the conspiracy.

13. It was further part of the conspiracy that the defendants and their co-conspirators used mobile telephones to communicate with each other and to facilitate their drug trafficking activities. On one occasion, on February 26, 2011, at 8:44 p.m., Call 1018 (FBI TP1), SEDRICK TRICE, aka BINKY, aka B, contacted DEMPSEY WORD, aka DEMP, by mobile telephone and stated, "What up, DEMP?" DEMPSEY WORD responded,

"I thought my people were going to be here Monday, but they're going to be here tonight" and asked, "What you give 'em for the nine racks," meaning WORD's customers were coming sooner than he expected, and he wanted to know how much cocaine TRICE would sell for $9000. TRICE told WORD, "Tell them to add up 1075 all the way out . . . Whatever that is. That's probably about, it sounds like about 8 and a half," meaning TRICE was charging $1075 per ounce of cocaine, so $9000 would purchase approximately 8.5 ounces of cocaine. WORD then stated, "You know I ain't got no ride. Somebody got to pick me up," and TRICE replied, "All right. I'm gonna get LEON [EDWARDS] to come get you." Immediately thereafter, at 8:45 p.m., Call 1021 (FBI TP1), TRICE contacted EDWARDS. During this call, TRICE stated, "Hey, 8 ounces and 10 grams, no, 8.5 ounces for $9000." EDWARDS replied, "All right," and TRICE responded, "That's what I'm getting DEMPSEY and them for," meaning TRICE had sold DEMPSEY WORD and WORD's customers 8.5 ounces of powder cocaine for $9000. TRICE and EDWARDS then discussed that WORD has no transportation to pick up the cocaine, and TRICE tells EDWARDS, "All right, go pick DEMPSEY up, and take 8.5 ounces," meaning EDWARDS should take the cocaine to WORD.

14.     It was further part of the conspiracy that the defendants and their co-conspirators did conceal and hide, and cause to be concealed and hidden, the purposes and the acts done in furtherance of the conspiracy, and did use coded language, counter-

surveillance, and other means to avoid detection and apprehension by legitimate law enforcement authorities;

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 28, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 14, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 8, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
NICHOLAS HARVEY, aka DUKE,

defendants herein, aiding and abetting each other, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a mixture and substance containing cocaine base, also known as crack cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about March 8, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit: On December 29, 2004, in Phillips County Circuit Court, Helena-West Helena, Arkansas, in Case Number 2002-243, for manufacture, possession, and delivery of marijuana; knowingly possessed a firearm, in and affecting interstate commerce, namely, a loaded Glock model 22, .40 caliber pistol, serial number CNW712;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

On or about March 8, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
NICHOLAS HARVEY, aka DUKE,

defendants herein, aiding and abetting each other, knowingly possessed a firearm, namely, a loaded Glock model 22, .40 caliber pistol, serial number CNW712, in furtherance of a drug trafficking crime for which defendants may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as further set forth in Count One of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as further set forth in Count Four of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT SEVEN

On or about March 11, 2011, in the Eastern District of Arkansas, and elsewhere,

NETEISHA BAREFIELD, aka TITI,

defendant herein, knowingly did dispose of a firearm, namely a Glock model 35, .40 caliber

pistol, serial number PBP842, to SEDRICK TRICE, aka BINKY, aka B, whom defendant

knew and had reasonable cause to believe previously had been convicted of a crime

punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT EIGHT

On or about March 11, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
NETEISHA BAREFIELD, aka TITI,

defendants herein, SEDRICK TRICE, aka BINKY, aka B, previously having been convicted

of a crime punishable by a term of imprisonment exceeding one year, to wit:

On December 29, 2004, in Phillips County Circuit Court, Helena-West Helena,

Arkansas, in Case Number 2002-243, for manufacture, possession, and delivery

of marijuana;

aided and abetted by NETEISHA BAREFIELD, aka TITI, knowingly possessed a firearm,

in and affecting interstate commerce, namely, a Glock model 35, .40 caliber pistol, serial

number PBP842;

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT NINE

On or about March 11, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
NETEISHA BAREFIELD, aka TITI,

defendants herein, aiding and abetting each other, knowingly possessed a firearm, namely, a Glock model 35, .40 caliber pistol, serial number PBP842, in furtherance of a drug trafficking crime for which defendants may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as further set forth in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT TEN

On or about March 25, 2011, in the Eastern District of Arkansas, and elsewhere,

LEON EDWARDS, and
ARON BURNS JR,

defendants herein, aiding and abetting each other, knowingly and intentionally distributed and

possessed with intent to distribute a controlled substance, namely, a mixture and substance

containing cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

## **COUNT ELEVEN**

On or about April 5, 2011, in the Eastern District of Arkansas, and elsewhere,

LEON EDWARDS, and
TRAMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY,

defendants herein, aiding and abetting each other, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about September 1, 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled

substance, namely, a mixture and substance containing cocaine, a Schedule II controlled

substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THIRTEEN**

Beginning in or about January 2011, and continuing through in or about October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
LEON EDWARDS,

defendants herein, knowingly used and maintained a place, namely, AC CUSTOMS, located at the intersection of Highway 49 and Business 49 in Helena-West Helena, for the purpose of manufacturing, distributing, and using a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 856.

## COUNT FOURTEEN

Beginning in or about January 2011, and continuing through in or about October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B, and
LEON EDWARDS,

defendants herein, while at AC CUSTOMS, located at the intersection of Highway 49 and Business 49 in Helena-West Helena, knowingly manufactured, distributed, and possessed with the intent to distribute a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance; within one thousand feet of the real property comprising ELIZA MILLER JUNIOR HIGH SCHOOL, 106 Miller Loop, in Helena-West Helena, Arkansas;

In violation of Title 21, United States Code, Section 860.

## COUNT FIFTEEN

Beginning in or about January 2011, and continuing through in or about October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,
LEON EDWARDS, and
JESSIE BREWER, aka JESS,

defendants herein, knowingly used and maintained a place, namely, 328 DESOTO STREET, in Helena-West Helena, also known as THE PROJECTS, for the purpose of manufacturing, distributing, and using a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 856.

## COUNT SIXTEEN

Beginning in or about January 2011, and continuing through in or about October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,
LEON EDWARDS,
DONNY MITCHELL, aka THE MECHANIC, and
WILLI MITCHELL,

defendants herein, knowingly used and maintained a place, namely, 203 JORDAN STREET, in Helena-West Helena, also known as THE MECHANIC'S HOUSE, for the purpose of manufacturing, distributing, and using a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 856.

## COUNT SEVENTEEN

Beginning in or about January 2011, and continuing through in or about October 2011, in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,
LEON EDWARDS, and
RUSSELL TAYLOR, aka JUICY,

defendants herein, knowingly used and maintained a place, namely, 214 JANE STREET, in Helena-West Helena, also known as JANE STREET, for the purpose of manufacturing, distributing, and using a controlled substance, namely, a mixture and substance containing cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 856.

## COUNT EIGHTEEN

On or about February 26, 2011, at approximately 8:45 p.m., Call 1021 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINETEEN

On or about February 28, 2011, at approximately 3:34 p.m., Call 1808 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

SEDRICK TRICE, aka BINKY, aka B,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY

On or about February 26, 2011, at approximately 8:45 p.m., Call 1021 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### LEON EDWARDS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-ONE

On or about February 27, 2011, at approximately 12:54 p.m., Call 1196 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### LEON EDWARDS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-TWO

On or about March 11, 2011, at approximately 12:18 p.m., Call 7514 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

NETEISHA BAREFIELD, aka TITI,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-THREE

On or about March 2, 2011, at approximately 5:24 p.m., Call 2831 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

NETEISHA BAREFIELD, aka TITI,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-FOUR

On or about June 27, 2011, at approximately 11:30 a.m., Call 598 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

### ROBERT BENNETT, aka RO,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-FIVE

On or about July 5, 2011, at approximately 4:45 p.m., Call 1318 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

### ROBERT BENNETT, aka RO,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-SIX

On or about May 5, 2011, at approximately 8:28 p.m., Call 300 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

JOSEPH BLUNDELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-SEVEN

On or about May 27, 2011, at approximately 10:00 p.m., Call 3799 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

JOSEPH BLUNDELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-EIGHT

On or about March 14, 2011, at approximately 1:14 p.m., Call 9248 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

JESSIE BREWER, aka JESS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-NINE

On or about March 17, 2011, at approximately 9:22 p.m., Call 5382 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

JESSIE BREWER, aka JESS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY

On or about March 11, 2011, at approximately 6:09 p.m, Call 1364 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### ARON BURNS JR,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-ONE

On or about March 25, 2011, at approximately 5:40 p.m, Call 9242 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### ARON BURNS JR,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-TWO

On or about June 27, 2011, at approximately 11:34 a.m., Call 599 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

ANDRINOV DIXON, aka DION, aka BROTHER-IN-LAW, aka D,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-THREE

On or about July 5, 2011, at approximately 5:18 p.m., Call 1330 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

ANDRINOV DIXON, aka DION, aka BROTHER-IN-LAW, aka D,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-FOUR

On or about February 27, 2011, at approximately 1:46 p.m., Call 1212 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

LATERICK EZELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-FIVE

On or about March 1, 2011, at approximately 12:43 p.m., Call 2178 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

LATERICK EZELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-SIX

On or about March 3, 2011, at approximately 12:33 p.m., Call 3304 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

JEREMY GLASS, aka PEE WEE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-SEVEN

On or about March 5, 2011, at approximately 3:20 p.m., Call 4749 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

JEREMY GLASS, aka PEE WEE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-EIGHT

On or about February 26, 2011, at approximately 5:53 p.m., Call 832 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

CLIFTON GRAVES, aka CLIFF,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTY-NINE

On or about March 25, 2011, at approximately 2:11 p.m., Call 9090 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

CLIFTON GRAVES, aka CLIFF,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY

On or about February 25, 2011, at approximately 6:37 p.m., Call 343 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

SEDRICK HALL, aka SED,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-ONE

On or about March 13, 2011, at approximately 8:42 p.m., Call 3202 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

SEDRICK HALL, aka SED,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-TWO

On or about June 30, 2011, at approximately 2:59 p.m., Call 918 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

MERVYN HAMILTON, aka LOUIS VUITTON, aka LITTLE MERV, aka BABY BOO, defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-THREE

On or about June 30, 2011, at approximately 8:31 p.m., Call 999 (FBI TP7), in the Eastern District of Arkansas, and elsewhere,

MERVYN HAMILTON, aka LOUIS VUITTON, aka LITTLE MERV, aka BABY BOO, defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-FOUR

On or about May 6, 2011, at approximately 7:44 p.m., Call 496 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

AMY HART,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-FIVE

On or about May 6, 2011, at approximately 7:48 p.m., Call 501 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

AMY HART,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-SIX

On or about March 9, 2011, at approximately 11:44 a.m., Call 6505 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

NICHOLAS HARVEY, aka DUKE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


## COUNT FORTY-SEVEN

On or about March 9, 2011, at approximately 10:13 p.m., Call 607 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

ALBIN DION HENDERSON, aka D,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-EIGHT

On or about March 15, 2011, at approximately 9:18 p.m., Call 4316 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

ALBIN DION HENDERSON, aka D,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FORTY-NINE

On or about March 23, 2011, at approximately 9:05 p.m., Call 8155 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

GALVIN HENDERSON, aka CHEESEBURGER, aka CHEESE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY

On or about March 27, 2011, at approximately 9:06 p.m., Call 10680 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

GALVIN HENDERSON, aka CHEESEBURGER, aka CHEESE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-ONE

On or about March 2, 2011, at approximately 12:43 p.m., Call 2660 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

CHARLES HUNTER,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-TWO

On or about April 1, 2011, at approximately 9:55 p.m., Call 13465 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### CHARLES HUNTER,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-THREE

On or about March 8, 2011, at approximately 11:07 p.m., Call 115 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### WINSTON DEAN JACKSON,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-FOUR

On or about March 18, 2011, at approximately 11:56 p.m., Call 5907 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### WINSTON DEAN JACKSON,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-FIVE

On or about March 30, 2011, at approximately 3:38 p.m., Call 12010 (FBI TP6), in the Eastern District of Arkansas, and elsewhere,

### MILTON JOHNSON, aka BUMP,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-SIX

On or about April 2, 2011, at approximately 12:30 p.m., Call 13710 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

MILTON JOHNSON, aka BUMP,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-SEVEN

On or about March 17, 2011, at approximately 12:33 a.m., Call 4953 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

LESTER MARTIN, aka VALE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-EIGHT

On or about March 28, 2011, at approximately 4:59 p.m., Call 11006 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

LESTER MARTIN, aka VALE,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIFTY-NINE

On or about March 2, 2011, at approximately 5:03 p.m., Call 2805 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

DONNY MITCHELL, aka THE MECHANIC,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY

On or about March 9, 2011, at approximately 11:42 p.m., Call 6958 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

DONNY MITCHELL, aka THE MECHANIC,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-ONE

On or about March 13, 2011, at approximately 12:27 p.m., Call 8745 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

WILLI MITCHELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-TWO

On or about March 25, 2011, at approximately 1:23 p.m., Call 14916 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### WILLI MITCHELL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-THREE

On or about March 15, 2011, at approximately 6:38 p.m., Call 4269 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### ANTONIO RATTLER, aka SAM,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-FOUR

On or about March 16, 2011, at approximately 11:29 p.m., Call 4918 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

ANTONIO RATTLER, aka SAM,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-FIVE

On or about March 18, 2011, at approximately 7:24 p.m., Call 11598 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

TANADERUS RATTLER, aka TAN,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-SIX

On or about March 26, 2011, at approximately 2:43 p.m., Call 9900 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### TANADERUS RATTLER, aka TAN,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-SEVEN

On or about March 23, 2011, at approximately 8:17 p.m., Call 8089 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### JAMES ROBINSON,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-EIGHT

On or about April 3, 2011, at approximately 4:05 p.m., Call 14290 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

JAMES ROBINSON,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTY-NINE

On or about February 25, 2011, at approximately 7:25 p.m., Call 374 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

ANDRE RODDY, aka LIL BART,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY

On or about March 28, 2011, at approximately 1:47 p.m., Call 10908 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### ANDRE RODDY, aka LIL BART,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-ONE

On or about March 1, 2011, at approximately 1:02 p.m., Call 2194 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### MARLON SHEARD, aka SHORTY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-TWO

On or about March 4, 2011, at approximately 12:17 p.m., Call 3930 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

MARLON SHEARD, aka SHORTY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


## COUNT SEVENTY-THREE

On or about March 22, 2011, at approximately 9:13 p.m., Call 7577 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

TREMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-FOUR

On or about April 5, 2011, at approximately 2:53 p.m., Call 15153 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

TREMAINE SIMON, aka KOCAINE KRAZY, aka SS BOY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


## COUNT SEVENTY-FIVE

On or about March 3, 2011, at approximately 12:12 p.m., Call 3295 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

ED SIMS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-SIX

On or about March 4, 2011, at approximately 2:38 p.m., Call 4076 (FBI TP1), in the

Eastern District of Arkansas, and elsewhere,

### ED SIMS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a

telephone, in committing, causing and facilitating conspiracy to distribute and possess with

intent to distribute a controlled substance, as set forth in Count One of this Indictment, in

violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


## COUNT SEVENTY-SEVEN

On or about March 18, 2011, at approximately 5:28 p.m., Call 5705 (FBI TP2), in the

Eastern District of Arkansas, and elsewhere,

### ERNIE SMITH, aka OLD SCHOOL, aka SMITTY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a

telephone, in committing, causing and facilitating conspiracy to distribute and possess with

intent to distribute a controlled substance, as set forth in Count One of this Indictment, in

violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-EIGHT

On or about March 21, 2011, at approximately 5:27 p.m., Call 6928 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

ERNIE SMITH, aka OLD SCHOOL, aka SMITTY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTY-NINE

On or about March 25, 2011, at approximately 9:03 p.m., Call 9442 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

HOUSTON ALFORD STACKHOUSE, aka BIG AL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY

On or about March 27, 2011, at approximately 12:43 a.m., Call 10324 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

HOUSTON ALFORD STACKHOUSE, aka BIG AL,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-ONE

On or about March 4, 2011, at approximately 2:25 p.m., Call 4064 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

KENDALL STARKS, aka KEN,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-TWO

On or about March 6, 2011, at approximately at 4:48 p.m., Call 5228 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### KENDALL STARKS, aka KEN,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-THREE

On or about March 18, 2011, at approximately 6:57 p.m., Call 5739 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### RUSSELL TAYLOR, aka JUICY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-FOUR

On or about March 18, 2011, at approximately 8:15 p.m., Call 5773 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### RUSSELL TAYLOR, aka JUICY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-FIVE

On or about March 2, 2011, at approximately 5:05 p.m., Call 2812 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### CHESTER THORTON, aka NUT,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-SIX

On or about March 3, 2011, at approximately 8:29 p.m., Call 3579 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

CHESTER THORTON, aka NUT,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-SEVEN

On or about March 5, 2011, at approximately 9:45 p.m., Call 4946 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

MICHAEL WAYNE WEBB,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-EIGHT

On or about March 14, 2011, at approximately 6:11 p.m., Call 3550 (FBI TP2), in the Eastern District of Arkansas, and elsewhere,

### MICHAEL WAYNE WEBB,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTY-NINE

On or about May 5, 2011, at approximately 5:21 p.m., Call 230 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

### CHAD WIGGINS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY

On or about May 5, 2011, at approximately 9:09 p.m., Call 304 (FBI TP5), in the Eastern District of Arkansas, and elsewhere,

### CHAD WIGGINS,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


## COUNT NINETY-ONE

On or about February 26, 2011, at approximately 8:44 p.m., Call 1018 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

### DEMPSEY WORD, aka DEMP,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-TWO

On or about March 5, 2011, at approximately 1:47 p.m., Call 4684 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

DEMPSEY WORD, aka DEMP,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-THREE

On or about March 1, 2011, at approximately 1:34 p.m., Call 2222 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

DEMARCUS WRIGHT, aka MARCUS, aka G-MONEY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINETY-FOUR

On or about March 9, 2011, at approximately 5:49 p.m., Call 6781 (FBI TP1), in the Eastern District of Arkansas, and elsewhere,

DEMARCUS WRIGHT, aka MARCUS, aka G-MONEY,

defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating conspiracy to distribute and possess with intent to distribute a controlled substance, as set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 846;

In violation of Title 21, United States Code, Section 843(b).


(END OF TEXT.  SIGNATURE PAGE ATTACHED)