IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              CASE NO. 4:11CR00209-14 JMM

AMY HART

### ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Amy Hart. (Docket #915). The motion is GRANTED. Count One, as to Amy Hart only, Count Forty-Four, and Count Forty-Five of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge